# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHATMAN,<br><br>           Plaintiff,<br><br>    v.<br><br>ENCORE WYNN CASINO, *et al.*,<br><br>           Defendants. | Case No. 2:18-cv-00427-APG-PAL<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 14) |

On December 17, 2018, Magistrate Judge Leen recommended that I dismiss this case with prejudice. Plaintiff Eric Chatman did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 14) is accepted**. Plaintiff Eric Chatman's complaint is DISMISSED with prejudice and the clerk of court is instructed to enter judgment in favor of the defendants and against the plaintiff.

DATED this 3rd day of January, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE